**John V. LaBarge, Jr.**
**Standing Chapter 13 Trustee**
**St. Louis, MO  63143**
**Phone: (314) 781-8100**
**Fax: (314) 781-8881**

May 16, 2012

HEAGLER LAW FIRM
901 BOONES LICK RD
ST CHARLES, MO  63301

RE: AMANDA L DUNCAN
    Bankruptcy Case No: 12-43831

Dear HEAGLER LAW FIRM,

Please be advised that the Trustee has not received the following documents necessary to process this case:

    __ payment advices for the full 60 days prior to filing or an affidavit stating that no payment advices were received during that time.

    _X_ an acceptable affidavit (The affidavit received is incomplete).
    NEED AFFIDAVIT FOR SELF EMPL/TAX RETURNS

Until we receive the necessary documents, the 341 preparation process cannot continue and we cannot conduct or conclude the 341 meeting.  Please promptly  provide these documents to the Trustee.  If you believe you have already sent these documents to the Trustee, please contact our office to determine if we failed to receive the documents or if the documents were inadequate.  Do not wait until the scheduled 341 meeting to resolve this issue, you should assume that we will not have processed this file and will not have the file available on the hearing date.

**Please submit documents by regular mail.  Faxed documents are often illegible**.

Sincerely,

Office of Chapter 13 Trustee

LTR341 -- DAM