# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE:  ) | CASE NO: 12-43831-659 |
| AMANDA L DUNCAN  ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 5 filed by |
| ) | BARATHAVEN RESIDENTIAL HOA |
| ) | Acct: |
| ) | Amount: $5,701.71 |
| **Debtor**  ) | Response Due: July 02, 2012 |
| ) | |

## TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 5

COMES NOW John V. Labarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of BARATHAVEN RESIDENTIAL HOA dated May 17, 2012, SHOULD BE DENIED AS FILED BECAUSE THE CLAIM IS AMBIGUOUS AS TO TYPE AND AMOUNT.  THE CLAIM DOES NOT LIST THE PROPERTY VALUE OF THE COLLATERAL WHICH SECURES THE DEBT.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

## NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim.  Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO   63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice.  If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee.  If a response is filed, this matter will be set for hearing upon subsequent notice.

| | |
|---|---|
| Dated: June 11, 2012 | /s/ John V. Labarge, Jr. |
| | John V. Labarge, Jr. |
| OBJCLM--JS | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of June 11, 2012.

                                            /s/ John V. Labarge, Jr.

AMANDA L DUNCAN
2035 SAINT MADELEINE DR
O FALLON, MO  63368

BARATHAVEN RESIDENTIAL HOA
500 N SKINKER BLVD
C/O SARAH M BUELTMANN ATTY
ST LOUIS, MO  63130

HEAGLER LAW FIRM
901 BOONES LICK RD
ST CHARLES, MO  63301